Case 18-27154-CMG    Doc 31    Filed 02/08/19    Entered 02/08/19 19:16:19    Desc Main
Document      Page 1 of 2

| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-27154 / CMG**

David Buenano-Suarez
Luisa Santos-Buenano

Petition Filed Date: 08/27/2018
341 Hearing Date: 09/27/2018
Confirmation Date: 11/07/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/11/2018 | $186.00 | 52242140 | 10/10/2018 | $186.00 | 53013750 | 11/08/2018 | $186.00 | 53790810 |
| 12/05/2018 | $186.00 | 54498280 | | | | | | |

**Total Receipts for the Period: $744.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $930.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | David Buenano-Suarez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JAMES J CERBONE, ESQ<br>»» ATTY DISCL | Attorney Fees | $3,610.00 | $519.87 | $3,090.13 |
| 1 | DISCOVER BANK | Unsecured Creditors | $11,181.46 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $8,023.21 | $0.00 | $0.00 |
| 3 | TMOBILE/ BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $591.33 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2016 | Secured Creditors | $240.60 | $0.00 | $240.60 |
| 5 | ALLY BANK LEASE TRUST<br>»» 2017 MITSUBISHI OUTLANDER/LEASE | Debt Secured by Vehicle | $87.95 | $0.00 | $87.95 |
| 6 | NEW JERSEY NATURAL GAS | Unsecured Creditors | $8,691.44 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,731.83 | $0.00 | $0.00 |
| 8 | Wells Fargo Bank, NA<br>»» VALUE CITY | Secured Creditors | $38.06 | $0.00 | $38.06 |
| 9 | Wells Fargo Bank, NA | Unsecured Creditors | $106.88 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» JERSEY SHORE | Unsecured Creditors | $100.00 | $0.00 | $0.00 |
| 11 | MIDLAND CREDIT AS AGENT FOR<br>»» EXPRESS | Unsecured Creditors | $1,042.60 | $0.00 | $0.00 |
| 12 | ASHLEY FUNDING SERVICES, LLC<br>»» LABCORP | Unsecured Creditors | $613.00 | $0.00 | $0.00 |
| 13 | ASHLEY FUNDING SERVICES, LLC<br>»» LABCORP | Unsecured Creditors | $1,716.69 | $0.00 | $0.00 |
| 14 | ASHLEY FUNDING SERVICES, LLC<br>»» LABCORP | Unsecured Creditors | $99.19 | $0.00 | $0.00 |
| 15 | VW CREDIT INC<br>»» 2016 VW GLI/LEASE | Debt Secured by Vehicle | $763.50 | $0.00 | $763.50 |

**Chapter 13 Case No. 18-27154 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 16 | VW CREDIT INC<br>»» 2016 VW GTI/LEASE | Debt Secured by Vehicle<br>No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 17 | QUANTUM3 GROUP LLC<br>»» VS | Unsecured Creditors | $42.92 | $0.00 | $0.00 |
| 18 | DIRECTV, LLC BY AMERICAN INFOSOURCE LP AS AGENT | Unsecured Creditors | $192.37 | $0.00 | $0.00 |
| 19 | ASHLEY FUNDING SERVICES, LLC<br>»» LABCORP | Unsecured Creditors | $146.15 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» JCP | Unsecured Creditors | $4,403.65 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» WALMART | Unsecured Creditors | $4,448.38 | $0.00 | $0.00 |
| 22 | HOME DEPOT LOAN SERVICES | Unsecured Creditors | $2,929.74 | $0.00 | $0.00 |
| 23 | SYNCHRONY BANK<br>»» PAYPAL | Unsecured Creditors | $2,482.67 | $0.00 | $0.00 |
| 24 | SYNCHRONY BANK<br>»» PAYPAL | Unsecured Creditors | $2,069.08 | $0.00 | $0.00 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ZALES | Unsecured Creditors | $290.98 | $0.00 | $0.00 |
| 26 | NEW PENN FINANCIAL LLC<br>»» P/501 OAK ST/1ST MTG/HOMEBRIDGE | Mortgage Arrears | $5,208.20 | $0.00 | $5,208.20 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $2,584.75 | $0.00 | $0.00 |
| 28 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $2,161.34 | $0.00 | $0.00 |
| 29 | CITIBANK, N.A.<br>»» BEST BUY | Unsecured Creditors | $598.34 | $0.00 | $0.00 |
| 30 | Capital One Bank<br>»» JUDGEMENT LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $930.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $519.87 | Current Monthly Payment: | $186.00 |
| Paid to Trustee: | $64.17 | Arrearages: | $0.00 |
| Funds on Hand: | $345.96 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**