UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
VW Credit Leasing, Ltd

In Re:
        David Buenano-Suarez,
        Luisa Santos-Buenano

**Order Filed on March 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:    18-27154 CMG

Chapter: 13

Hearing Date: March 6, 2019 at 9:00 A.M.

Judge:  Christine M. Gravelle

| Recommended Local Form | ☐ | Followed | ☐ | Modified |
|---|---|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 6, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of <u>VW Credit Leasing, Ltd</u>, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

☐      Real Property More Fully Described as:

■      Personal Property More Fully Describes as: **2016 Volkswagen GLI, VIN:
3VW5T7AJ2GM403141,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*rev. 7/12/16*