48730
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ally Bank Lease Trust
JM5630_____

|  | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| IN RE:    DAVID BUENANO-SUAREZ<br>LUISA SANTOS-BUENANO | CHAPTER 13<br>CASE NO:  18-7154 (CMG)<br>HEARING DATE: |
|  | NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

Ally Bank Lease Trust enters its appearance and the law firm of John R. Morton, Jr., Esquire, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Ally Bank Lease Trust with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Ally Bank Lease Trust pursuant to Fed R Bankr P 2002, hereby requests that all

notices required to be given under Fed R Bankr P 2002, including notices under Fed

R Bankr P 2002(I), that, but for this Request, would be provided only to committees

appointed pursuant to the Bankruptcy Code or their authorized agents, be given to

Ally Bank Lease Trust by due service upon its undersigned attorneys, John R.

Morton, Jr., Esquire, at the address stated above and also to it at the following

address:

Ally Financial
P.O. Box 130424
Roseville, MN 55113-0004

Ally Bank Lease Trust pursuant to Fed R Bankr P 3017(a), further requests that all

plans and disclosure statements filed herein by any party be duly served upon it and

its undersigned attorneys.

/s/   John R. Morton, Jr.     
John R. Morton, Jr., Esquire
Attorney for Ally Bank Lease Trust

Dated: