UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for :  Ally Bank Lease Trust
Our File No.: 48730
JM-5630

**Order Filed on May 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

David Buenano-Suarez
Luisa Santos-Buenano

Case No.:    18-27154

Hearing Date:    5-1-2019

Judge:    CMG

Chapter:    13

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 3, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____ Ally Bank Lease Trust _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

- ❏ Real property more fully described as:

- ☑ Personal property more fully described as:

    2017 Mitsubishi Outlander
    Vehicle Identification Number
    JA4AZ3A34HZ060546

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
David Buenano-Suarez  
Luisa Santos-Buenano  
    Debtors

Case No. 18-27154-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: May 03, 2019  
                        Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2019.  
db/jdb      +David Buenano-Suarez,   Luisa Santos-Buenano,   501 Oak Street,   Lakehurst, NJ 08733-2825

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2019 at the address(es) listed below:  
      Albert Russo   docs@russotrustee.com  
      Denise E. Carlon   on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      James J. Cerbone   on behalf of Debtor David Buenano-Suarez cerbonelawfirm@aol.com, cerbonejr83307@notify.bestcase.com  
      James J. Cerbone   on behalf of Joint Debtor Luisa Santos-Buenano cerbonelawfirm@aol.com, cerbonejr83307@notify.bestcase.com  
      John R. Morton, Jr.   on behalf of Creditor   Ally Bank Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
      Kevin Gordon McDonald   on behalf of Creditor   VW Credit Leasing, Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Melissa S DiCerbo   on behalf of Creditor   HomeBridge Financial Services, Inc. nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                        TOTAL: 8