**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 2 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
David Buenano- Suarez  
Luisa Santos- Buenano  

Case No.: 18-27154  
Judge: CMG  

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original  ☒ Modified/Notice Required  Date: 11/6/2019

☒ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: JJC    Initial Debtor: DBS    Initial Co-Debtor: LSB

### Part 1: Payment and Length of Plan

a. The debtor shall pay $ _____367_____ per _____ to the Chapter 13 Trustee, starting on _____ for approximately _____45_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☐ NONE**

  a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

  b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

  a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 1519.36 + $1000 |
| DOMESTIC SUPPORT OBLIGATION | | |
| Internal Revenue Service | Taxes | $240.60 |

  b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
   Check one:

   ☒ None

   ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
| --- | --- | --- | --- |
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| New Penn Financial | 501 Oak Street Lakehurst, NJ | $5208.20 | | $5208.20 | $1230.15 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments  ☒ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender  ☒ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Wells Fargo Bank | furniture | $38.06 |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ __8000_____ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

**Part 6:    Executory Contracts and Unexpired Leases  ☐ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| VW Credit | none | auto lease | reject | $360 |
| VW Credit | none | auto lease | reject | $405 |
| Ally Financial | none | auto lease | reject | $425 |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☐ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Discover | 501 Oak Street Lakehurst, NJ | Judicial Lien | $8105.32 | $177,200 | $47,350 | $144040.91 | $8105 |
| Capital One Bank | | Judicial lien | $3814 | $177,200 | $47,350 | $144040.91 | $3814 |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative Expenses
3) Secured Claims
4) Priority Claims & 5) General Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:    Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 8/24/2018                          .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| trustee's motion to dismiss filed because stay lift was granted for two leases and original plan cannot be completed as filed | base to unsecured<br>leases are now being rejected |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

### Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

# Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 11/6/2019                                  /s/David Buenano-Suarez
                                                 Debtor

Date: 11/6/2019                                  /s/Luisa Santos-Buenano
                                                 Joint Debtor

Date: 11/6/2019                                  /s/James J Cerbone
                                                 Attorney for Debtor(s)

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                            Case No. 18-27154-CMG
David Buenano-Suarez                                              Chapter 13
Luisa Santos-Buenano
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 3        Date Rcvd: Dec 03, 2019
                              Form ID: pdf901          Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
db/jdb        +David Buenano-Suarez,   Luisa Santos-Buenano,   501 Oak Street,   Lakehurst, NJ 08733-2825
517724375      Barclay Card,   PO Box 13337,   Philadelphia, PA 19101-3337
517940486     +Best Buy Credit Services,   PO box 790441,   St. Louis, MO 63179-0441
517724376     +Bio Reference Laboratories,   PO Box 26548,   Salt Lake City, UT 84126-0548
517724378     +Chase,   Mail Code OH1-1272,   340 S Cleveland Avenue Bldg 370,   Westerville, OH 43081-8917
517855390     +Citibank, N.A.,   Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
517724383    ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: Direct TV,   PO Box 11732,   Newark, NJ 07101-4732)
517724387      Hayt, Hayt & Landau,   PO Box 500,   Eatontown, NJ 07724-0500
517724388      Home Depot Loan Services,   PO Box 71215,   Charlotte, NC 28272-1215
517724389      Homebridge Financial Services,   PO Box 100051,   Lake in the Hills, GA 60156-9202
517724390     +I.C. Systems,   444 Highway 96,   Saint Paul, MN 55127-2557
517724391      Immediate Care Medical Walk in Toms Rive,   1 Route 37 West,   Toms River, NJ 08753-6500
517724393      Laboratory Corporation,   PO Box 2240,   Burlington, NC 27216-2240
517940483      Macys,   PO Box 9001094,   Louisville, KY 40290-1094
517724394     +Maury Cobb,   301 Beacon Parkway Est Suite 100,   Birmingham, AL 35209-3103
517724395     +MyQHealth,   1405 Xenium Lane North, Suite 140,   Minneapolis, MN 55441-4448
517724396      NJ Natural Gas,   PO Box 11743,   Newark, NJ 07101-4743
517759924     +New Jersey Natural Gas,   1415 Wykoff Rd - P.O. Box 1378,   Wall, NJ 07719-1378
517937840     +New Penn Financial, LLC,   Shellpoint Mortgage Servicing,   P.O. Box 10826,
                Greenville, SC 29603-0826
517885319      New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10675,
                Greenville, SC  29603-0675
517885320      New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10675,
                Greenville, SC  29603-0675,   New Penn Financial, LLC d/b/a Shellpoint,   P.O. Box 10675,
                Greenville, SC  29603-0675
517724398     +Pressler Felt & Warshaw,   7 Entin Road,   Parsippany, NJ 07054-5020
517724399      Quest Diagnostics,   PO Box 7308,   Hollister, MO 65673-7308
517724400     +Sunrun,   1515 Araphoe Street,   Tower 2, suite 600,   Denver, CO 80202-3105
517724402     +The Doctors Office of LLC,   484 Temple Hill Road Suite 104,   New Windsor, NY 12553-5529
517828878     +VW Credit Leasing, Ltd,   c/o VW Credit, Inc.,   PO Box 9013,   Addison, Texas 75001-9013
517724403      Volkswagen Credit,   PO Box 5215,   Carol Stream, IL 60197-5215
517796083      Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
517940485      Wells Fargo Bank, NA,   PO Box 71118,   Charlotte, NC 28272-1118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2019 00:18:57      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2019 00:18:52      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517724372     +E-mail/Text: bkrpt@retrievalmasters.com Dec 04 2019 00:18:51      AMCA,
                4 Westchester Place Suite 110,   Elmsford, NY 10523-1615
517752540      E-mail/Text: ally@ebn.phinsolutions.com Dec 04 2019 00:17:45      Ally Bank Lease Trust,
                PO Box 130424,   Roseville, MN 55113-0004
517724371     +E-mail/Text: ally@ebn.phinsolutions.com Dec 04 2019 00:17:45      Ally Financial,
                PO Box 380901,   Minneapolis, MN 55438-0901
517724374     +E-mail/Text: bsimmons@amsher.com Dec 04 2019 00:19:47      Amsher Collection Services,
                4524 Southlake Parkway, Suite 15,   Birmingham, AL 35244-3271
517822543      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 04 2019 00:32:24
                Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
                Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
517724377     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 04 2019 00:32:55      Capital One Bank,
                PO Box 71083,   Charlotte, NC 28272-1083
517773345      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 04 2019 00:31:29
                Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
517940484      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 04 2019 00:18:30      Comenity Bank,
                PO Box 659450,   San Antonio, TX 78265-9450
517724379      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 04 2019 00:18:30      Comenity Bank,
                PO Box 182125,   Columbus, OH 43218-2125
517724381     +E-mail/Text: convergent@ebn.phinsolutions.com Dec 04 2019 00:19:32      Convergent Outsourcing,
                10750 Hammerly Blvd #200,   Houston, TX 77043-2317
517724382     +E-mail/Text: bankruptcy@credencerm.com Dec 04 2019 00:19:54      Credence Resource Management,
                17000 Dallas Parkway #204,   Dallas, TX 75248-1940
517724383      E-mail/Text: G06041@att.com Dec 04 2019 00:19:31      Direct TV,   PO Box 11732,
                Newark, NJ 07101-4732
517855379      E-mail/Text: bnc-quantum@quantum3group.com Dec 04 2019 00:18:44
                Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                Kirkland, WA  98083-0657
517841116     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 04 2019 00:33:17      Directv, LLC,
                by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
```

```
District/off: 0312-3          User: admin              Page 2 of 3            Date Rcvd: Dec 03, 2019
                              Form ID: pdf901          Total Noticed: 65


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517724384      +E-mail/Text: mrdiscen@discover.com Dec 04 2019 00:17:49      Discover,    PO BOx 71084,
                 Charlotte, NC 28272-1084
517736487       E-mail/Text: mrdiscen@discover.com Dec 04 2019 00:17:49      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517724386       E-mail/Text: bknotice@ercbpo.com Dec 04 2019 00:19:00      ERC,    PO Box 23870,
                 Jacksonville, FL 32241-3870
517855124      +E-mail/Text: Bankruptcy@homebridge.com Dec 04 2019 00:20:03
                 HomeBridge Financial Services, Inc.,    112 Town Park Drive, Suite 300,
                 Kennesaw, GA 30144-3754
517724392       E-mail/Text: cio.bncmail@irs.gov Dec 04 2019 00:18:09      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
518578769       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 04 2019 00:32:25      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
518578770       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 04 2019 00:31:40      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587,    LVNV Funding LLC,    PO Box 10587,
                 Greenville, SC 29603-0587
517816299      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 04 2019 00:18:51      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517855227       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2019 00:32:15
                 Portfolio Recovery Associates, LLC,    C/O Barclays Bank Delaware,    POB 41067,
                 Norfolk VA 23541
517850328       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2019 00:32:15
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney Credit Card,    POB 41067,
                 Norfolk VA 23541
517850338       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2019 00:31:33
                 Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
517854987       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2019 00:44:38
                 Portfolio Recovery Associates, LLC,    c/o Zales,    POB 41067,    Norfolk VA 23541
517724397       E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 00:32:43      Paypal Credit,    PO Box 105658,
                 Atlanta, GA 30348-5658
517796389       E-mail/Text: bnc-quantum@quantum3group.com Dec 04 2019 00:18:44
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
517836902       E-mail/Text: bnc-quantum@quantum3group.com Dec 04 2019 00:18:44
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
517853532      +E-mail/Text: bncmail@w-legal.com Dec 04 2019 00:19:06      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517727493      +E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 00:32:43      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518539762      +E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 00:31:21      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517724401       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Dec 04 2019 00:31:54      T-Mobile,
                 PO Box 742596,    Cincinnati, OH 45274-2596
517743912      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 04 2019 00:33:17      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517724404       E-mail/Text: vci.bkcy@vwcredit.com Dec 04 2019 00:19:05      Volkswagon Credit,    PO Box 17497,
                 Baltimore, MD 21297-1497
                                                                                               TOTAL: 37

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517937841      New Penn Financial, LLC,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0675,    New Penn Financial, LLC,    Shellpoint Mortgage Servicing
cr*            Ally Bank Lease Trust,    PO Box 130424,    Roseville, MN 55113-0004
517724373*    +AMCA,    4 Westchester Place Suite 110,    Elmsford, NY 10523-1615
517724380*     Comenity Bank,    PO Box 182125,    Columbus, OH 43218-2125
517724385*    +Discover,    PO BOx 71084,    Charlotte, NC 28272-1084
                                                                                    TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-3              User: admin                    Page 3 of 3              Date Rcvd: Dec 03, 2019
                                  Form ID: pdf901                Total Noticed: 65
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2019 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James J. Cerbone    on behalf of Debtor David   Buenano-Suarez cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          James J. Cerbone    on behalf of Joint Debtor Luisa   Santos-Buenano cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Bank Lease Trust ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Melissa S DiCerbo    on behalf of Creditor    HomeBridge Financial Services, Inc.
           nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```