Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−27154−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David Buenano−Suarez
501 Oak Street
Lakehurst, NJ 08733

Luisa Santos−Buenano
501 Oak Street
Lakehurst, NJ 08733

Social Security No.:
xxx−xx−5264

xxx−xx−0333

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     3/4/20
Time:     12:00 PM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
James J. Cerbone, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,100.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑     will not reduce the amount to be paid to general unsecured creditors under the plan.

☐     will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 11, 2020
JAN:

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                      Case No. 18-27154-CMG
David Buenano-Suarez                                                        Chapter 13
Luisa Santos-Buenano
           Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3                  Date Rcvd: Feb 11, 2020
                              Form ID: 137                Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
db/jdb         +David Buenano-Suarez,    Luisa Santos-Buenano,    501 Oak Street,    Lakehurst, NJ 08733-2825
aty            +Julian T Cotton,    6267 Old Water Oak Road,    Suite 203,    Tallahassee, FL 32312-3858
517724375       Barclay Card,    PO Box 13337,    Philadelphia, PA 19101-3337
517940486      +Best Buy Credit Services,    PO box 790441,    St. Louis, MO 63179-0441
517724376      +Bio Reference Laboratories,    PO Box 26548,    Salt Lake City, UT 84126-0548
517724378      +Chase,    Mail Code OH1-1272,    340 S Cleveland Avenue Bldg 370,    Westerville, OH 43081-8917
517855390      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517724387       Hayt, Hayt & Landau,    PO Box 500,    Eatontown, NJ 07724-0500
517724388       Home Depot Loan Services,    PO Box 71215,    Charlotte, NC 28272-1215
517724389       Homebridge Financial Services,    PO Box 100051,    Lake in the Hills, GA 60156-9202
517724390      +I.C. Systems,    444 Highway 96,    Saint Paul, MN 55127-2557
517724391       Immediate Care Medical Walk in Toms Rive,    1 Route 37 West,    Toms River, NJ 08753-6500
517724393       Laboratory Corporation,    PO Box 2240,    Burlington, NC 27216-2240
517940483       Macys,    PO Box 9001094,    Louisville, KY 40290-1094
517724394      +Maury Cobb,    301 Beacon Parkway Est Suite 100,    Birmingham, AL 35209-3103
517724395      +MyQHealth,    1405 Xenium Lane North, Suite 140,    Minneapolis, MN 55441-4448
517724396       NJ Natural Gas,    PO Box 11743,    Newark, NJ 07101-4743
517759924      +New Jersey Natural Gas,    1415 Wykoff Rd - P.O. Box 1378,    Wall, NJ 07719-1378
517937840      +New Penn Financial, LLC,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
517885319       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC 29603-0675
517885320       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC 29603-0675,    New Penn Financial, LLC d/b/a Shellpoint,    P.O. Box 10675,
                 Greenville, SC 29603-0675
517724398      +Pressler Felt & Warshaw,    7 Entin Road,    Parsippany, NJ 07054-5020
517724399       Quest Diagnostics,    PO Box 7308,    Hollister, MO 65673-7308
517724400      #+Sunrun,   1515 Araphoe Street,    Tower 2, suite 600,    Denver, CO 80202-3105
517724402      +The Doctors Office of LLC,    484 Temple Hill Road Suite 104,    New Windsor, NY 12553-5529
517828878      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
517724403       Volkswagen Credit,    PO Box 5215,    Carol Stream, IL 60197-5215
517796083       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
517940485       Wells Fargo Bank, NA,    PO Box 71118,    Charlotte, NC 28272-1118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 11 2020 23:37:40      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 11 2020 23:37:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517724372      +E-mail/Text: bkrpt@retrievalmasters.com Feb 11 2020 23:37:38      AMCA,
                 4 Westchester Place Suite 110,    Elmsford, NY 10523-1615
517752540       E-mail/Text: ally@ebn.phinsolutions.com Feb 11 2020 23:35:13      Ally Bank Lease Trust,
                 PO Box 130424,    Roseville, MN 55113-0004
517724371      +E-mail/Text: ally@ebn.phinsolutions.com Feb 11 2020 23:35:13      Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
517724374      +E-mail/Text: bsimmons@amsher.com Feb 11 2020 23:38:08      Amsher Collection Services,
                 4524 Southlake Parkway, Suite 15,    Birmingham, AL 35244-3271
517822543       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 11 2020 23:39:04
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517724377      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 11 2020 23:40:09      Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
517773345       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 11 2020 23:40:09
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517940484       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 11 2020 23:37:28      Comenity Bank,
                 PO Box 659450,    San Antonio, TX 78265-9450
517724379       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 11 2020 23:37:28      Comenity Bank,
                 PO Box 182125,    Columbus, OH 43218-2125
517724381      +E-mail/Text: convergent@ebn.phinsolutions.com Feb 11 2020 23:38:05      Convergent Outsourcing,
                 10750 Hammerly Blvd #200,    Houston, TX 77043-2317
517724382      +E-mail/Text: bankruptcy@credencerm.com Feb 11 2020 23:38:14      Credence Resource Management,
                 17000 Dallas Parkway #204,    Dallas, TX 75248-1940
517724383       E-mail/Text: G06041@att.com Feb 11 2020 23:38:04      Direct TV,   PO Box 11732,
                 Newark, NJ 07101-4732
517855379       E-mail/Text: bnc-quantum@quantum3group.com Feb 11 2020 23:37:34
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517841116      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 11 2020 23:40:29      Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517724384      +E-mail/Text: mrdiscen@discover.com Feb 11 2020 23:36:46      Discover,   PO BOx 71084,
                 Charlotte, NC 28272-1084
```

```
District/off: 0312-3          User: admin               Page 2 of 3                  Date Rcvd: Feb 11, 2020
                              Form ID: 137              Total Noticed: 66


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517736487         E-mail/Text: mrdiscen@discover.com Feb 11 2020 23:36:46       Discover Bank,
                   Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517724386         E-mail/Text: bknotice@ercbpo.com Feb 11 2020 23:37:45       ERC,    PO Box 23870,
                   Jacksonville, FL 32241-3870
517855124        +E-mail/Text: Bankruptcy@homebridge.com Feb 11 2020 23:38:24
                   HomeBridge Financial Services, Inc.,    112 Town Park Drive, Suite 300,
                   Kennesaw, GA 30144-3754
517724392         E-mail/Text: cio.bncmail@irs.gov Feb 11 2020 23:37:07       Internal Revenue Service,
                   PO Box 7346,    Philadelphia, PA 19101-7346
518578769         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 11 2020 23:39:03       LVNV Funding LLC,
                   PO Box 10587,    Greenville, SC 29603-0587
518578770         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 11 2020 23:39:43       LVNV Funding LLC,
                   PO Box 10587,    Greenville, SC 29603-0587,    LVNV Funding LLC,    PO Box 10587,
                   Greenville, SC 29603-0587
517816299        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 11 2020 23:37:38       Midland Funding LLC,
                   PO Box 2011,    Warren, MI 48090-2011
517855227         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2020 23:39:32
                   Portfolio Recovery Associates, LLC,    C/O Barclays Bank Delaware,    POB 41067,
                   Norfolk VA 23541
517850328         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2020 23:50:49
                   Portfolio Recovery Associates, LLC,    c/o Jc Penney Credit Card,    POB 41067,
                   Norfolk VA 23541
517850338         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2020 23:40:15
                   Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
517854987         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2020 23:50:49
                   Portfolio Recovery Associates, LLC,    c/o Zales,    POB 41067,    Norfolk VA 23541
517724397         E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2020 23:40:24       Paypal Credit,    PO Box 105658,
                   Atlanta, GA 30348-5658
517796389         E-mail/Text: bnc-quantum@quantum3group.com Feb 11 2020 23:37:34
                   Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
517836902         E-mail/Text: bnc-quantum@quantum3group.com Feb 11 2020 23:37:34
                   Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
517853532        +E-mail/Text: bncmail@w-legal.com Feb 11 2020 23:37:50       SYNCHRONY BANK,
                   c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517727493        +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2020 23:39:00       Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518539762        +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2020 23:39:02       Synchrony Bank,
                   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517724401         E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Feb 11 2020 23:39:56       T-Mobile,
                   PO Box 742596,    Cincinnati, OH 45274-2596
517743912        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 11 2020 23:39:47       T Mobile/T-Mobile USA Inc,
                   by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517724404         E-mail/Text: vci.bkcy@vwcredit.com Feb 11 2020 23:37:49       Volkswagon Credit,    PO Box 17497,
                   Baltimore, MD 21297-1497
                                                                                               TOTAL: 37

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517937841        New Penn Financial, LLC,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                  Greenville, SC 29603-0675,    New Penn Financial, LLC,    Shellpoint Mortgage Servicing
cr*              Ally Bank Lease Trust,    PO Box 130424,    Roseville, MN 55113-0004
517724373*      +AMCA,   4 Westchester Place Suite 110,    Elmsford, NY 10523-1615
517724380*       Comenity Bank,    PO Box 182125,    Columbus, OH 43218-2125
517724385*      +Discover,    PO BOx 71084,    Charlotte, NC 28272-1084
                                                                                               TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                          Signature: /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 3 of 3           Date Rcvd: Feb 11, 2020
                              Form ID: 137             Total Noticed: 66
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:

```
              Albert     Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert     Russo     docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Debtor David    Buenano-Suarez cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              James J. Cerbone    on behalf of Joint Debtor Luisa    Santos-Buenano cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Bank Lease Trust ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Melissa S DiCerbo     on behalf of Creditor    HomeBridge Financial Services, Inc.
               nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```