| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-27154 / CMG**

| | |
|---|---|
| David Buenano-Suarez | Petition Filed Date: 08/27/2018 |
| Luisa Santos-Buenano | 341 Hearing Date: 09/27/2018 |
| | Confirmation Date: 11/07/2018 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $186.00 | 55436690 | 02/13/2019 | $186.00 | 56190490 | 03/12/2019 | $186.00 | 56962160 |
| 04/15/2019 | $186.00 | 57797270 | 05/20/2019 | $186.00 | 58723820 | 06/17/2019 | $186.00 | 59410730 |
| 07/16/2019 | $186.00 | 60126150 | 08/12/2019 | $186.00 | 60890750 | 09/09/2019 | $186.00 | 61628230 |
| 10/21/2019 | $186.00 | 62673710 | 11/18/2019 | $186.00 | 63344580 | 12/17/2019 | $186.00 | 64111720 |

**Total Receipts for the Period:  $2,232.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $3,532.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | David Buenano-Suarez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JAMES J CERBONE, ESQ<br>»»  ATTY DISCL | Attorney Fees | $3,610.00 | $2,794.47 | $815.53 |
| 1 | DISCOVER BANK | Unsecured Creditors | $11,181.46 | $0.00 | $0.00 |
| 2 | DISCOVER BANK<br>»»  JUDGMENT/ LIEN AVOID | Unsecured Creditors | $8,023.21 | $0.00 | $0.00 |
| 3 | TMOBILE/ BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $591.33 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2016 | Secured Creditors | $240.60 | $0.00 | $240.60 |
| 5 | ALLY BANK LEASE TRUST<br>»»  2017 MITSUBISHI OUTLANDER/LEASE/SV 5/3/19 | Debt Secured by Vehicle<br>No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 6 | NEW JERSEY NATURAL GAS | Unsecured Creditors | $8,691.44 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,731.83 | $0.00 | $0.00 |
| 8 | Wells Fargo Bank, NA<br>»»  VALUE CITY | Secured Creditors | $38.06 | $0.00 | $38.06 |
| 9 | Wells Fargo Bank, NA | Unsecured Creditors | $106.88 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  JERSEY SHORE | Unsecured Creditors | $100.00 | $0.00 | $0.00 |
| 11 | MIDLAND CREDIT  AS AGENT FOR<br>»»  EXPRESS | Unsecured Creditors | $1,042.60 | $0.00 | $0.00 |
| 12 | ASHLEY FUNDING SERVICES, LLC<br>»»  LABCORP | Unsecured Creditors | $613.00 | $0.00 | $0.00 |
| 13 | ASHLEY FUNDING SERVICES, LLC<br>»»  LABCORP | Unsecured Creditors | $1,716.69 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-27154 / CMG**

| # | Creditor | Type | | | |
|---|---|---|---|---|---|
| 14 | ASHLEY FUNDING SERVICES, LLC<br>»» LABCORP | Unsecured Creditors | $99.19 | $0.00 | $0.00 |
| 15 | VW CREDIT INC<br>»» 2016 VW GLI/LEASE/SV 3/6/19 | Debt Secured by Vehicle<br>No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 16 | VW CREDIT INC<br>»» 2016 VW GTI/LEASE | Debt Secured by Vehicle<br>No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 17 | QUANTUM3 GROUP LLC<br>»» VS | Unsecured Creditors | $42.92 | $0.00 | $0.00 |
| 18 | DIRECTV, LLC BY AMERICAN INFOSOURCE LP AS AGENT | Unsecured Creditors | $192.37 | $0.00 | $0.00 |
| 19 | ASHLEY FUNDING SERVICES, LLC<br>»» LABCORP | Unsecured Creditors | $146.15 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» JCP | Unsecured Creditors | $4,403.65 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» WALMART | Unsecured Creditors | $4,448.38 | $0.00 | $0.00 |
| 22 | HOME DEPOT LOAN SERVICES | Unsecured Creditors | $2,929.74 | $0.00 | $0.00 |
| 23 | LVNV FUNDING LLC<br>»» PAYPAL/SYNCHRONY | Unsecured Creditors | $2,482.67 | $0.00 | $0.00 |
| 24 | SYNCHRONY BANK<br>»» PAYPAL | Unsecured Creditors | $2,069.08 | $0.00 | $0.00 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ZALES | Unsecured Creditors | $290.98 | $0.00 | $0.00 |
| 26 | NEW PENN FINANCIAL LLC<br>»» P/501 OAK ST/1ST MTG/HOMEBRIDGE | Mortgage Arrears | $5,208.20 | $0.00 | $5,208.20 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $2,584.75 | $0.00 | $0.00 |
| 28 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $2,161.34 | $0.00 | $0.00 |
| 29 | CITIBANK, N.A.<br>»» BEST BUY | Unsecured Creditors | $598.34 | $0.00 | $0.00 |
| 30 | Capital One Bank<br>»» JUDGEMENT/LIEN AVOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,532.00 | Plan Balance: | $15,354.00 ** |
| Paid to Claims: | $2,794.47 | Current Monthly Payment: | $370.00 |
| Paid to Trustee: | $221.56 | Arrearages: | ($186.00) |
| Funds on Hand: | $515.97 | Total Plan Base: | $18,886.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**