Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 18−27154−CMG  
Chapter: 13  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David Buenano−Suarez  
501 Oak Street  
Lakehurst, NJ 08733

Luisa Santos−Buenano  
501 Oak Street  
Lakehurst, NJ 08733

Social Security No.:  
xxx−xx−5264

xxx−xx−0333

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 21, 2020.

On 8/27/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date: October 7, 2020  
Time: 10:00 AM  
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 28, 2020  
JAN: gan

Jeanne Naughton  
Clerk

Certificate of Notice    Page 2 of 4

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 18-27154-CMG
David Buenano-Suarez                                          Chapter 13
Luisa Santos-Buenano
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3                   Date Rcvd: Aug 28, 2020
                              Form ID: 185                Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2020.
db/jdb         +David Buenano-Suarez,    Luisa Santos-Buenano,    501 Oak Street,    Lakehurst, NJ 08733-2825
aty            +Julian T Cotton,   6267 Old Water Oak Road,    Suite 203,    Tallahassee, FL 32312-3858
517724375       Barclay Card,   PO Box 13337,    Philadelphia, PA 19101-3337
517940486      +Best Buy Credit Services,    PO box 790441,   St. Louis, MO 63179-0441
517724376      +Bio Reference Laboratories,    PO Box 26548,   Salt Lake City, UT 84126-0548
517855390      +Citibank, N.A.,   Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517724387       Hayt, Hayt & Landau,    PO Box 500,   Eatontown, NJ 07724-0500
517724388       Home Depot Loan Services,    PO Box 71215,   Charlotte, NC 28272-1215
517724389       Homebridge Financial Services,    PO Box 100051,    Lake in the Hills, GA 60156-9202
517724390      +I.C. Systems,    444 Highway 96,   Saint Paul, MN 55127-2557
517724391       Immediate Care Medical Walk in Toms Rive,    1 Route 37 West,    Toms River, NJ 08753-6500
517724393       Laboratory Corporation,    PO Box 2240,   Burlington, NC 27216-2240
517940483       Macys,   PO Box 9001094,    Louisville, KY 40290-1094
517724394      +Maury Cobb,   301 Beacon Parkway Est Suite 100,    Birmingham, AL 35209-3103
517724395      +MyQHealth,   1405 Xenium Lane North, Suite 140,    Minneapolis, MN 55441-4448
517724396       NJ Natural Gas,    PO Box 11743,   Newark, NJ 07101-4743
517759924      +New Jersey Natural Gas,    1415 Wykoff Rd - P.O. Box 1378,    Wall, NJ 07719-1378
517937840      +New Penn Financial, LLC,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
517885319       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC 29603-0675
517885320       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC 29603-0675,    New Penn Financial, LLC d/b/a Shellpoint,    P.O. Box 10675,
                 Greenville, SC 29603-0675
517724398      +Pressler Felt & Warshaw,    7 Entin Road,   Parsippany, NJ 07054-5020
517724399       Quest Diagnostics,    PO Box 7308,   Hollister, MO 65673-7308
517724402      +The Doctors Office of LLC,    484 Temple Hill Road Suite 104,    New Windsor, NY 12553-5529
517828878      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,   PO Box 9013,    Addison, Texas 75001-9013
517724403       Volkswagen Credit,    PO Box 5215,   Carol Stream, IL 60197-5215
517796083       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
517940485       Wells Fargo Bank, NA,    PO Box 71118,   Charlotte, NC 28272-1118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 29 2020 01:45:05      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 29 2020 01:45:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517724372      +E-mail/Text: bkrpt@retrievalmasters.com Aug 29 2020 01:44:57      AMCA,
                 4 Westchester Place Suite 110,    Elmsford, NY 10523-1615
517752540       E-mail/Text: ally@ebn.phinsolutions.com Aug 29 2020 01:43:47      Ally Bank Lease Trust,
                 PO Box 130424,   Roseville, MN 55113-0004
517724371      +E-mail/Text: ally@ebn.phinsolutions.com Aug 29 2020 01:43:47      Ally Financial,
                 PO Box 380901,   Minneapolis, MN 55438-0901
517724374      +E-mail/Text: bsimmons@amsher.com Aug 29 2020 01:45:32      Amsher Collection Services,
                 4524 Southlake Parkway, Suite 15,    Birmingham, AL 35244-3271
517822543       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2020 01:54:15
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
517724377      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2020 01:54:41      Capital One Bank,
                 PO Box 71083,   Charlotte, NC 28272-1083
517773345       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2020 01:53:56
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
517940484       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 29 2020 01:44:45      Comenity Bank,
                 PO Box 659450,   San Antonio, TX 78265-9450
517724379       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 29 2020 01:44:45      Comenity Bank,
                 PO Box 182125,   Columbus, OH 43218-2125
517724381      +E-mail/Text: convergent@ebn.phinsolutions.com Aug 29 2020 01:45:27      Convergent Outsourcing,
                 10750 Hammerly Blvd #200,    Houston, TX 77043-2317
517724382      +E-mail/Text: bankruptcy@credencerm.com Aug 29 2020 01:45:37      Credence Resource Management,
                 17000 Dallas Parkway #204,    Dallas, TX 75248-1940
517724383       E-mail/Text: G06041@att.com Aug 29 2020 01:45:26      Direct TV,   PO Box 11732,
                 Newark, NJ 07101-4732
517855379       E-mail/Text: bnc-quantum@quantum3group.com Aug 29 2020 01:44:52
                 Department Stores National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA 98083-0657
517841116      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2020 01:55:06      Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517724384      +E-mail/Text: mrdiscen@discover.com Aug 29 2020 01:43:59      Discover,   PO BOx 71084,
                 Charlotte, NC 28272-1084
517736487       E-mail/Text: mrdiscen@discover.com Aug 29 2020 01:43:59      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
```

```
District/off: 0312-3                  User: admin                    Page 2 of 3                    Date Rcvd: Aug 28, 2020
                                      Form ID: 185                   Total Noticed: 65


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517724386         E-mail/Text: bknotice@ercbpo.com Aug 29 2020 01:45:12      ERC,    PO Box 23870,
                  Jacksonville, FL 32241-3870
517855124        +E-mail/Text: Bankruptcy@homebridge.com Aug 29 2020 01:45:48
                  HomeBridge Financial Services, Inc.,    112 Town Park Drive, Suite 300,
                  Kennesaw, GA 30144-3754
517724392         E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 29 2020 01:44:30      Internal Revenue Service,
                  PO Box 7346,   Philadelphia, PA 19101-7346
517724378         E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 29 2020 01:54:39       Chase,
                  Mail Code OH1-1272,    340 S Cleveland Avenue Bldg 370,    Westerville, OH 43081
518578769         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2020 01:53:33      LVNV Funding LLC,
                  PO Box 10587,   Greenville, SC 29603-0587
518578770         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2020 01:53:32      LVNV Funding LLC,
                  PO Box 10587,   Greenville, SC 29603-0587,    LVNV Funding LLC,    PO Box 10587,
                  Greenville, SC 29603-0587
517816299        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 29 2020 01:44:57      Midland Funding LLC,
                  PO Box 2011,   Warren, MI 48090-2011
517855227         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2020 01:54:06
                  Portfolio Recovery Associates, LLC,    C/O Barclays Bank Delaware,    POB 41067,
                  Norfolk VA 23541
517850328         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2020 01:54:06
                  Portfolio Recovery Associates, LLC,    c/o Jc Penney Credit Card,    POB 41067,
                  Norfolk VA 23541
517850338         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2020 01:54:51
                  Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,   Norfolk VA 23541
517854987         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2020 01:53:24
                  Portfolio Recovery Associates, LLC,    c/o Zales,   POB 41067,    Norfolk VA 23541
517724397         E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2020 01:53:10      Paypal Credit,    PO Box 105658,
                  Atlanta, GA 30348-5658
517796389         E-mail/Text: bnc-quantum@quantum3group.com Aug 29 2020 01:44:52
                  Quantum3 Group LLC as agent for,    CF Medical LLC,   PO Box 788,    Kirkland, WA  98083-0788
517836902         E-mail/Text: bnc-quantum@quantum3group.com Aug 29 2020 01:44:52
                  Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
517853532        +E-mail/Text: bncmail@w-legal.com Aug 29 2020 01:45:16      SYNCHRONY BANK,
                  c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517727493        +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2020 01:54:30      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518539762        +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2020 01:54:30      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
517724401         E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Aug 29 2020 01:53:09       T-Mobile,
                  PO Box 742596,    Cincinnati, OH 45274-2596
517743912        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2020 01:55:06      T Mobile/T-Mobile USA Inc,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517724404         E-mail/Text: vci.bkcy@vwcredit.com Aug 29 2020 01:45:16      Volkswagon Credit,    PO Box 17497,
                  Baltimore, MD 21297-1497
                                                                                               TOTAL: 38

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517937841        New Penn Financial, LLC,   Shellpoint Mortgage Servicing,    P.O. Box 10826,
                  Greenville, SC 29603-0675,    New Penn Financial, LLC,    Shellpoint Mortgage Servicing
cr*              Ally Bank Lease Trust,   PO Box 130424,    Roseville, MN 55113-0004
517724373*      +AMCA,    4 Westchester Place Suite 110,    Elmsford, NY 10523-1615
517724380*       Comenity Bank,    PO Box 182125,   Columbus, OH 43218-2125
517724385*      +Discover,    PO BOx 71084,   Charlotte, NC 28272-1084
517724400       ##+Sunrun,    1515 Araphoe Street,   Tower 2, suite 600,    Denver, CO 80202-3105
                                                                                               TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3              User: admin              Page 3 of 3              Date Rcvd: Aug 28, 2020
                                  Form ID: 185             Total Noticed: 65
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2020 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James J. Cerbone    on behalf of Debtor David   Buenano-Suarez cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          James J. Cerbone    on behalf of Joint Debtor Luisa   Santos-Buenano cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Bank Lease Trust ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Melissa S DiCerbo    on behalf of Creditor    HomeBridge Financial Services, Inc.
           nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```