| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 18-27154 / CMG**

David Buenano-Suarez
Luisa Santos-Buenano

Petition Filed Date: 08/27/2018
341 Hearing Date: 09/27/2018
Confirmation Date: 11/07/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2021 | $325.00 | 73774600 | 02/23/2021 | $325.00 | 74684650 | 03/22/2021 | $325.00 | 75404580 |
| 04/19/2021 | $325.00 | 76086600 | 05/17/2021 | $325.00 | 76774050 | 06/21/2021 | $325.00 | 77528630 |
| 07/12/2021 | $325.00 | 78051580 | 08/23/2021 | $325.00 | 78937980 | 09/08/2021 | $325.00 | 79343040 |
| 10/18/2021 | $325.00 | 80191370 | 11/15/2021 | $325.00 | 80830160 | 12/14/2021 | $325.00 | 81418930 |
| 01/10/2022 | $325.00 | 81990110 | | | | | | |

**Total Receipts for the Period:  $4,225.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $11,626.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | David Buenano-Suarez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»»  ATTY DISCL | Attorney Fees | $3,610.00 | $3,610.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $11,181.46 | $50.23 | $11,131.23 |
| 2 | DISCOVER BANK<br>»»  JUDGMENT DJ-78303-18/AVOID LIEN | Unsecured Creditors | $8,023.21 | $36.04 | $7,987.17 |
| 3 | TMOBILE/ BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $591.33 | $0.00 | $591.33 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2016 | Secured Creditors | $240.60 | $240.60 | $0.00 |
| 5 | ALLY BANK LEASE TRUST<br>»»  2017 MITSUBISHI OUTLANDER/LEASE/SV 5/3/19 | Debt Secured by Vehicle<br>No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 6 | NEW JERSEY NATURAL GAS | Unsecured Creditors | $8,691.44 | $39.04 | $8,652.40 |
| 7 | CAPITAL ONE BANK (USA), N.A.<br>»»  JUDGMENT DC-2714-18/AVOID LIEN | Unsecured Creditors | $3,731.83 | $16.76 | $3,715.07 |
| 8 | Wells Fargo Bank, NA<br>»»  VALUE CITY | Secured Creditors | $38.06 | $38.06 | $0.00 |
| 9 | Wells Fargo Bank, NA | Unsecured Creditors | $106.88 | $0.00 | $106.88 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  JERSEY SHORE | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 11 | MIDLAND CREDIT  AS AGENT FOR<br>»»  EXPRESS | Unsecured Creditors | $1,042.60 | $0.00 | $1,042.60 |
| 12 | ASHLEY FUNDING SERVICES, LLC<br>»»  LABCORP | Unsecured Creditors | $613.00 | $0.00 | $613.00 |

| # | Creditor | Type | Amount | Paid | Balance |
|---|---|---|---:|---:|---:|
| 13 | ASHLEY FUNDING SERVICES, LLC<br>»»  LABCORP | Unsecured Creditors | $1,716.69 | $0.00 | $1,716.69 |
| 14 | ASHLEY FUNDING SERVICES, LLC<br>»»  LABCORP | Unsecured Creditors | $99.19 | $0.00 | $99.19 |
| 15 | VW CREDIT INC<br>»»  2016 VW GLI/LEASE/SV 3/6/19 | Debt Secured by Vehicle<br>No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 16 | VW CREDIT INC<br>»»  2016 VW GTI/LEASE | Debt Secured by Vehicle<br>No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 17 | QUANTUM3 GROUP LLC<br>»»  VS | Unsecured Creditors | $42.92 | $0.00 | $42.92 |
| 18 | DIRECTV, LLC BY AMERICAN INFOSOURCE LP AS AGENT | Unsecured Creditors | $192.37 | $0.00 | $192.37 |
| 19 | ASHLEY FUNDING SERVICES, LLC<br>»»  LABCORP | Unsecured Creditors | $146.15 | $0.00 | $146.15 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  JCP | Unsecured Creditors | $4,403.65 | $19.78 | $4,383.87 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  WALMART | Unsecured Creditors | $4,448.38 | $19.98 | $4,428.40 |
| 22 | HOME DEPOT LOAN SERVICES | Unsecured Creditors | $2,929.74 | $0.00 | $2,929.74 |
| 23 | LVNV FUNDING LLC<br>»»  PAYPAL/SYNCHRONY | Unsecured Creditors | $2,482.67 | $0.00 | $2,482.67 |
| 24 | SYNCHRONY BANK<br>»»  PAYPAL | Unsecured Creditors | $2,069.08 | $0.00 | $2,069.08 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ZALES | Unsecured Creditors | $290.98 | $0.00 | $290.98 |
| 26 | NEW PENN FINANCIAL LLC<br>»»  P/501 OAK ST/1ST MTG/HOMEBRIDGE | Mortgage Arrears | $5,208.20 | $5,208.20 | $0.00 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS | Unsecured Creditors | $2,584.75 | $0.00 | $2,584.75 |
| 28 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACYS | Unsecured Creditors | $2,161.34 | $0.00 | $2,161.34 |
| 29 | CITIBANK, N.A.<br>»»  BEST BUY | Unsecured Creditors | $598.34 | $0.00 | $598.34 |
| 30 | ---- | | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»»  ORDER 3/5/20 | Attorney Fees | $1,100.00 | $1,100.00 | $0.00 |

**Chapter 13 Case No. 18-27154 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,626.00 | Plan Balance: | $5,768.00 ** |
| Paid to Claims: | $10,378.69 | Current Monthly Payment: | $325.00 |
| Paid to Trustee: | $869.80 | Arrearages: | $325.00 |
| Funds on Hand: | $377.51 | Total Plan Base: | $17,394.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.