**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
Melissa N. Licker, Esq
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: mlicker@hillwallack.com
*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing*

In Re:

David Buenano-Suarez and Luisa Santos-Buenano,

  Debtor(s).

**Order Filed on March 2, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 18-27154

Chapter 13

Hearing Date: March 2, 2022 @ 9:00AM

Judge: Christine M. Gravelle

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: March 2, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page | 2
Debtor(s):  David Buenano-Suarez and Luisa Santos-Buenano
Case No: 18-27154
Caption: Order Resolving Motion for Relief the Stay

_____

| | |
|---|---|
| Movant: | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| Movant's Counsel: | Hill Wallack LLP |
| Debtor's Counsel: | James J. Cerbone, Esq |
| Property Involved ("Collateral"): | 501 Oak Street Lakehurst, NJ 08733 |

Relief sought:

- ✓ **Motion for Relief**
  Motion to dismiss
  Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** as follows:

1. Status of post-petition arrearages:

   - The Debtors are overdue for **5** months, from **October 1, 2021** to **February 1, 2022** in the amount of **$1,255.83** each less suspense of ($451.50) for a total due of **$5,827.65**.

   Total Arrearage Due through **February 28, 2022** is **$5,827.65**

2. Debtors must cure all post-petition arrearages as follows:

   - Immediate payment in the amount of **$2,285.91** shall be tendered by the debtors on or before **February 28, 2022**.

   - Beginning on **March 1, 2022**, regular monthly mortgage payments shall continue to be made, currently in the amount of **$1,255.83** (subject to change).

   - The balance of post-petition arrears in the amount of **$3,541.74** shall be placed into debtors' Ch13 Plan. Chapter 13 Standing Trustee shall adjust his records accordingly

Debtor(s):  David Buenano-Suarez and Luisa Santos-Buenano
Case No: 18-27154
Caption: Order Resolving Motion for Relief the Stay

_____

3. Payments to the Secured Creditor shall be made to the following address(es):

   ✓ Regular monthly payment:    NewRez LLC d/b/a Shellpoint Mortgage Servicing
                                 Bankruptcy Department
                                 P.O. Box 10826
                                 Greenville, SC 29603-0826

   ✓ Immediate payment:          Same as above


4. In the event of Default:

If the Debtors fail to make any regular monthly payments or any other payments outlined in this Order within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

5. Award of Attorneys' Fees:

   ✓ The Applicant is awarded attorney's fees of **$500.00** expended in relation to the Motion for Relief the cost of **$188.00**.  The fees and costs are payable through the Chapter 13 plan.