**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
Melissa N. Licker, Esq
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: mlicker@hillwallack.com
*Attorneys for NewRez LLC d/b/a Shellpoint*
*Mortgage Servicing*

Order Filed on March 2, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

David Buenano-Suarez and Luisa Santos-Buenano,

Debtor(s).

Case No. 18-27154

Chapter 13

Hearing Date: March 2, 2022 @ 9:00AM

Judge:  Christine M. Gravelle

**ORDER RESOLVING MOTION FOR RELIEF FROM STAY**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: March 2, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page | 2**
Debtor(s):  David Buenano-Suarez and Luisa Santos-Buenano
Case No: 18-27154
Caption: Order Resolving Motion for Relief the Stay

_____

| | |
|---|---|
| Movant: | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| Movant's Counsel: | Hill Wallack LLP |
| Debtor's Counsel: | James J. Cerbone, Esq |
| Property Involved ("Collateral"): | 501 Oak Street Lakehurst, NJ 08733 |

Relief sought:

✓ **Motion for Relief**
Motion to dismiss
Motion for prospective relief to prevent imposition of automatic stay
against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** as follows:

1. Status of post-petition arrearages:

   - The Debtors are overdue for **5 months**, from **October 1, 2021** to **February 1, 2022** in
     the amount of **$1,255.83** each less suspense of ($451.50) for a total due of **$5,827.65**.

   Total Arrearage Due through **February 28, 2022** is **$5,827.65**

2. Debtors must cure all post-petition arrearages as follows:

   - Immediate payment in the amount of **$2,285.91** shall be tendered by the debtors on or
     before **February 28, 2022**.

   - Beginning on **March 1, 2022**, regular monthly mortgage payments shall continue to be
     made, currently in the amount of **$1,255.83** (subject to change).

   - The balance of post-petition arrears in the amount of **$3,541.74** shall be placed into
     debtors' Ch13 Plan. Chapter 13 Standing Trustee shall adjust his records accordingly

**Page | 3**
Debtor(s):  David Buenano-Suarez and Luisa Santos-Buenano
Case No: 18-27154
Caption: Order Resolving Motion for Relief the Stay
_____

3.  Payments to the Secured Creditor shall be made to the following address(es):

✓ Regular monthly payment:    NewRez LLC d/b/a Shellpoint Mortgage Servicing
                              Bankruptcy Department
                              P.O. Box 10826
                              Greenville, SC 29603-0826

✓ Immediate payment:          Same as above

4.  In the event of Default:

If the Debtors fail to make any regular monthly payments or any other payments outlined in this Order within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

5.  Award of Attorneys' Fees:

✓ The Applicant is awarded attorney's fees of **$500.00** expended in relation to the Motion for Relief the cost of **$188.00**.  The fees and costs are payable through the Chapter 13 plan.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-27154-CMG

David Buenano-Suarez                                                        Chapter 13

Luisa Santos-Buenano

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                          Page 1 of 2

Date Rcvd: Mar 02, 2022                    Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + David Buenano-Suarez, Luisa Santos-Buenano, 501 Oak Street, Lakehurst, NJ 08733-2825 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2022                          Signature:              /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor David Buenano-Suarez cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Joint Debtor Luisa Santos-Buenano cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| John R. Morton, Jr. | |

District/off: 0312-3                         User: admin                                    Page 2 of 2
Date Rcvd: Mar 02, 2022                      Form ID: pdf903                          Total Noticed: 1

on behalf of Creditor Ally Bank Lease Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald

on behalf of Creditor VW Credit Leasing  Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Melissa N. Licker

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mlicker@hillwallack.com
HWBKnewyork@ecf.courtdrive.com

Melissa S DiCerbo

on behalf of Creditor HomeBridge Financial Services  Inc. nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10