Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−27154−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   David Buenano−Suarez                    Luisa Santos−Buenano
   501 Oak Street                          501 Oak Street
   Lakehurst, NJ 08733                     Lakehurst, NJ 08733

Social Security No.:
   xxx−xx−5264                             xxx−xx−0333

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      4/20/22
Time:      12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
James J. Cerbone, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,125.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
         creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 25, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 18-27154-CMG
David Buenano-Suarez                                                                     Chapter 13
Luisa Santos-Buenano
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 4
Date Rcvd: Mar 25, 2022    Form ID: 137    Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Buenano-Suarez, Luisa Santos-Buenano, 501 Oak Street, Lakehurst, NJ 08733-2825 |
| aty | + | Julian T Cotton, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 517724376 | + | Bio Reference Laboratories, PO Box 26548, Salt Lake City, UT 84126-0548 |
| 517724387 | | Hayt, Hayt & Landau, PO Box 500, Eatontown, NJ 07724-0500 |
| 517724388 | | Home Depot Loan Services, PO Box 71215, Charlotte, NC 28272-1215 |
| 517724389 | | Homebridge Financial Services, PO Box 100051, Lake in the Hills, GA 60156-9202 |
| 517724391 | | Immediate Care Medical Walk in Toms Rive, 1 Route 37 West, Toms River, NJ 08753-6500 |
| 517724393 | | Laboratory Corporation, PO Box 2240, Burlington, NC 27216-2240 |
| 517724394 | + | Maury Cobb, 301 Beacon Parkway Est Suite 100, Birmingham, AL 35209-3103 |
| 517724395 | + | MyQHealth, 1405 Xenium Lane North, Suite 140, Minneapolis, MN 55441-4448 |
| 517724396 | | NJ Natural Gas, PO Box 11743, Newark, NJ 07101-4743 |
| 517759924 | + | New Jersey Natural Gas, 1415 Wykoff Rd - P.O. Box 1378, Wall, NJ 07719-1378 |
| 517724399 | | Quest Diagnostics, PO Box 7308, Hollister, MO 65673-7308 |
| 517724402 | + | The Doctors Office of LLC, 484 Temple Hill Road Suite 104, New Windsor, NY 12553-5529 |
| 517724403 | | Volkswagen Credit, PO Box 5215, Carol Stream, IL 60197-5215 |
| 517796083 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517940485 | | Wells Fargo Bank, NA, PO Box 71118, Charlotte, NC 28272-1118 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 25 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 25 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Mar 25 2022 20:44:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517724372 | + | Email/Text: bkrpt@retrievalmasters.com | Mar 25 2022 20:44:00 | AMCA, 4 Westchester Place Suite 110, Elmsford, NY 10523-1615 |
| 517752540 | | Email/Text: ally@ebn.phinsolutions.com | Mar 25 2022 20:43:00 | Ally Bank Lease Trust, PO Box 130424, Roseville, MN 55113-0004 |
| 517724371 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 25 2022 20:43:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 517724374 | + | Email/Text: bsimmons@amsher.com | Mar 25 2022 20:44:00 | Amsher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 517822543 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2022 20:45:40 | Ashley Funding Services, LLC its successors and, |

Case 18-27154-CMG    Doc 75    Filed 03/27/22    Entered 03/28/22 00:14:03    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: 137 | Total Noticed: 66 |

| | | | |
|---|---|---|---|
| | | | assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517724375 | Email/Text: BarclaysBankDelaware@tsico.com | Mar 25 2022 20:44:00 | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517940486 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2022 20:45:49 | Best Buy Credit Services, PO box 790441, St. Louis, MO 63179-0441 |
| 517724377 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2022 20:45:35 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517773345 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2022 20:45:28 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517855390 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2022 20:45:41 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517724379 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 25 2022 20:44:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 517940484 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 25 2022 20:44:00 | Comenity Bank, PO Box 659450, San Antonio, TX 78265-9450 |
| 517724381 | + Email/Text: convergent@ebn.phinsolutions.com | Mar 25 2022 20:44:00 | Convergent Outsourcing, 10750 Hammerly Blvd #200, Houston, TX 77043-2317 |
| 517724382 | + Email/Text: bankruptcy@credencerm.com | Mar 25 2022 20:44:00 | Credence Resource Management, 17000 Dallas Parkway #204, Dallas, TX 75248-1940 |
| 517724383 | Email/Text: G06041@att.com | Mar 25 2022 20:44:00 | Direct TV, PO Box 11732, Newark, NJ 07101-4732 |
| 517940483 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2022 20:45:32 | Macys, PO Box 9001094, Louisville, KY 40290-1094 |
| 517855379 | Email/Text: bnc-quantum@quantum3group.com | Mar 25 2022 20:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517841116 | + Email/PDF: ebn_ais@aisinfo.com | Mar 25 2022 20:45:39 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517724384 | + Email/Text: mrdiscen@discover.com | Mar 25 2022 20:43:00 | Discover, PO BOx 71084, Charlotte, NC 28272-1084 |
| 517736487 | Email/Text: mrdiscen@discover.com | Mar 25 2022 20:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517724386 | Email/Text: bknotice@ercbpo.com | Mar 25 2022 20:44:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 517855124 | + Email/Text: Bankruptcy@homebridge.com | Mar 25 2022 20:44:00 | HomeBridge Financial Services, Inc., 112 Town Park Drive, Suite 300, Kennesaw, GA 30144-3754 |
| 517724390 | + Email/Text: Bankruptcy@ICSystem.com | Mar 25 2022 20:44:00 | I.C. Systems, 444 Highway 96, Saint Paul, MN 55127-2557 |
| 517724392 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2022 20:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517724378 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2022 20:45:43 | Chase, Mail Code OH1-1272, 340 S Cleveland Avenue Bldg 370, Westerville, OH 43081 |
| 518578770 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2022 20:45:31 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518578769 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2022 20:45:39 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517816299 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2022 20:44:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

Case 18-27154-CMG    Doc 75    Filed 03/27/22    Entered 03/28/22 00:14:03    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: 137 | Total Noticed: 66 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517937840 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 25 2022 20:44:00 | New Penn Financial, LLC, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517885319 | | Email/Text: mtgbk@shellpointmtg.com | Mar 25 2022 20:44:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517885320 | | Email/Text: mtgbk@shellpointmtg.com | Mar 25 2022 20:44:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675, New Penn Financial, LLC d/b/a Shellpoint, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517855227 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2022 20:45:31 | Portfolio Recovery Associates, LLC, C/O Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 517850328 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2022 20:45:38 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 517850338 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2022 20:45:47 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517854987 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2022 20:45:31 | Portfolio Recovery Associates, LLC, c/o Zales, POB 41067, Norfolk VA 23541 |
| 517724398 | | Email/Text: signed.order@pfwattorneys.com | Mar 25 2022 20:44:00 | Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 517724397 | | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 20:45:36 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 517836902 | | Email/Text: bnc-quantum@quantum3group.com | Mar 25 2022 20:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517796389 | | Email/Text: bnc-quantum@quantum3group.com | Mar 25 2022 20:44:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517853532 | + | Email/Text: bncmail@w-legal.com | Mar 25 2022 20:44:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518539762 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 20:45:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517727493 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 20:45:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517724401 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Mar 25 2022 20:45:34 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 517743912 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 25 2022 20:45:48 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517828878 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Mar 25 2022 20:44:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517724404 | | Email/Text: vci.bkcy@vwcredit.com | Mar 25 2022 20:44:00 | Volkswagon Credit, PO Box 17497, Baltimore, MD 21297-1497 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517937841 | | New Penn Financial, LLC, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, New Penn Financial, LLC, Shellpoint Mortgage Servicing |
| cr | * | Ally Bank Lease Trust, PO Box 130424, Roseville, MN 55113-0004 |

| | | |
|---|---|---|
| 517724373 | *+ | AMCA, 4 Westchester Place Suite 110, Elmsford, NY 10523-1615 |
| 517724380 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 517724385 | *+ | Discover, PO BOx 71084, Charlotte, NC 28272-1084 |
| 517724400 | ##+ | Sunrun, 1515 Araphoe Street, Tower 2, suite 600, Denver, CO 80202-3105 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor David Buenano-Suarez cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Joint Debtor Luisa Santos-Buenano cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Bank Lease Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor VW Credit Leasing  Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Melissa N. Licker | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor HomeBridge Financial Services  Inc. nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10