Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−27154−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David Buenano−Suarez
501 Oak Street
Lakehurst, NJ 08733

Luisa Santos−Buenano
501 Oak Street
Lakehurst, NJ 08733

Social Security No.:
xxx−xx−5264

xxx−xx−0333

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 20, 2020.

On 1/20/2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date: March 1, 2023
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 23, 2023
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-27154-CMG |
| David Buenano-Suarez | Chapter 13 |
| Luisa Santos-Buenano | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 23, 2023 | Form ID: 185 | Total Noticed: 66 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Buenano-Suarez, Luisa Santos-Buenano, 501 Oak Street, Lakehurst, NJ 08733-2825 |
| aty | + | Julian T Cotton, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 517724376 | + | Bio Reference Laboratories, PO Box 26548, Salt Lake City, UT 84126-0548 |
| 517724387 | | Hayt, Hayt & Landau, PO Box 500, Eatontown, NJ 07724-0500 |
| 517724388 | | Home Depot Loan Services, PO Box 71215, Charlotte, NC 28272-1215 |
| 517724389 | | Homebridge Financial Services, PO Box 100051, Lake in the Hills, GA 60156-9202 |
| 517724391 | | Immediate Care Medical Walk in Toms Rive, 1 Route 37 West, Toms River, NJ 08753-6500 |
| 517724394 | + | Maury Cobb, 301 Beacon Parkway Est Suite 100, Birmingham, AL 35209-3103 |
| 517724395 | + | MyQHealth, 1405 Xenium Lane North, Suite 140, Minneapolis, MN 55441-4448 |
| 517724396 | | NJ Natural Gas, PO Box 11743, Newark, NJ 07101-4743 |
| 517759924 | + | New Jersey Natural Gas, 1415 Wykoff Rd - P.O. Box 1378, Wall, NJ 07719-1378 |
| 517724399 | | Quest Diagnostics, PO Box 7308, Hollister, MO 65673-7308 |
| 517724402 | + | The Doctors Office of LLC, 484 Temple Hill Road Suite 104, New Windsor, NY 12553-5529 |
| 517724403 | | Volkswagen Credit, PO Box 5215, Carol Stream, IL 60197-5215 |
| 517940485 | | Wells Fargo Bank, NA, PO Box 71118, Charlotte, NC 28272-1118 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 23 2023 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 23 2023 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Jan 23 2023 20:57:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517724372 | + | Email/Text: bkrpt@retrievalmasters.com | Jan 23 2023 20:57:00 | AMCA, 4 Westchester Place Suite 110, Elmsford, NY 10523-1615 |
| 517752540 | | Email/Text: ally@ebn.phinsolutions.com | Jan 23 2023 20:56:00 | Ally Bank Lease Trust, PO Box 130424, Roseville, MN 55113-0004 |
| 517724371 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 23 2023 20:56:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 517724374 | + | Email/Text: bsimmons@amsher.com | Jan 23 2023 20:58:00 | Amsher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 517822543 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2023 21:02:08 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO |

Case 18-27154-CMG    Doc 80    Filed 01/25/23    Entered 01/26/23 00:17:04    Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 23, 2023 | Form ID: 185 | Total Noticed: 66 |

| | | | |
|---|---|---|---|
| | | | Box 10587, Greenville, SC 29603-0587 |
| 517724375 | Email/Text: BarclaysBankDelaware@tsico.com | Jan 23 2023 20:57:00 | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517940486 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 23 2023 21:02:10 | Best Buy Credit Services, PO box 790441, St. Louis, MO 63179-0441 |
| 517724377 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 23 2023 21:02:33 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517773345 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 23 2023 21:02:17 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517855390 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 23 2023 21:02:45 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517724379 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 23 2023 20:57:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 517940484 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 23 2023 20:57:00 | Comenity Bank, PO Box 659450, San Antonio, TX 78265-9450 |
| 517724381 | + Email/Text: convergent@ebn.phinsolutions.com | Jan 23 2023 20:57:00 | Convergent Outsourcing, 10750 Hammerly Blvd #200, Houston, TX 77043-2317 |
| 517724382 | + Email/Text: bankruptcy@credencerm.com | Jan 23 2023 20:58:00 | Credence Resource Management, 17000 Dallas Parkway #204, Dallas, TX 75248-1940 |
| 517724383 | Email/Text: G06041@att.com | Jan 23 2023 20:57:00 | Direct TV, PO Box 11732, Newark, NJ 07101-4732 |
| 517940483 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 23 2023 21:02:09 | Macys, PO Box 9001094, Louisville, KY 40290-1094 |
| 517855379 | Email/Text: bnc-quantum@quantum3group.com | Jan 23 2023 20:57:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517841116 | + Email/PDF: ebn_ais@aisinfo.com | Jan 23 2023 21:02:40 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517724384 | + Email/Text: mrdiscen@discover.com | Jan 23 2023 20:57:00 | Discover, PO BOx 71084, Charlotte, NC 28272-1084 |
| 517736487 | Email/Text: mrdiscen@discover.com | Jan 23 2023 20:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517724386 | Email/Text: bknotice@ercbpo.com | Jan 23 2023 20:57:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 517855124 | + Email/Text: Bankruptcy@homebridge.com | Jan 23 2023 20:58:00 | HomeBridge Financial Services, Inc., 112 Town Park Drive, Suite 300, Kennesaw, GA 30144-3754 |
| 517724390 | + Email/Text: Bankruptcy@ICSystem.com | Jan 23 2023 20:57:00 | I.C. Systems, 444 Highway 96, Saint Paul, MN 55127-2557 |
| 517724392 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 23 2023 20:57:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517724378 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 23 2023 21:01:59 | Chase, Mail Code OH1-1272, 340 S Cleveland Avenue Bldg 370, Westerville, OH 43081 |
| 517724393 | Email/Text: govtaudits@labcorp.com | Jan 23 2023 20:57:00 | Laboratory Corporation, PO Box 2240, Burlington, NC 27216-2240 |
| 518578770 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2023 21:02:19 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518578769 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2023 21:02:21 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517816299 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2023 20:57:00 | Midland Funding LLC, PO Box 2011, Warren, MI |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 48090-2011 |
| 517937840 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 23 2023 20:57:00 | New Penn Financial, LLC, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517885319 | | Email/Text: mtgbk@shellpointmtg.com | Jan 23 2023 20:57:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517885320 | | Email/Text: mtgbk@shellpointmtg.com | Jan 23 2023 20:57:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675, New Penn Financial, LLC d/b/a Shellpoint, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517855227 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2023 21:02:20 | Portfolio Recovery Associates, LLC, C/O Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 517850328 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2023 21:02:07 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 517850338 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2023 21:02:19 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517854987 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2023 21:02:19 | Portfolio Recovery Associates, LLC, c/o Zales, POB 41067, Norfolk VA 23541 |
| 517724398 | | Email/Text: signed.order@pfwattorneys.com | Jan 23 2023 20:57:00 | Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 517724397 | | Email/PDF: gecsedi@recoverycorp.com | Jan 23 2023 21:02:26 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 517836902 | | Email/Text: bnc-quantum@quantum3group.com | Jan 23 2023 20:57:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517796389 | | Email/Text: bnc-quantum@quantum3group.com | Jan 23 2023 20:57:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517853532 | + | Email/Text: bncmail@w-legal.com | Jan 23 2023 20:57:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518539762 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 23 2023 21:13:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517727493 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 23 2023 21:13:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517724401 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jan 23 2023 21:02:16 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 517743912 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 23 2023 21:02:19 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517828878 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Jan 23 2023 20:57:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517724404 | | Email/Text: vci.bkcy@vwcredit.com | Jan 23 2023 20:57:00 | Volkswagon Credit, PO Box 17497, Baltimore, MD 21297-1497 |
| 517796083 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 23 2023 21:02:17 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517937841 |  | New Penn Financial, LLC, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, New Penn Financial, LLC, Shellpoint Mortgage Servicing |
| cr | * | Ally Bank Lease Trust, PO Box 130424, Roseville, MN 55113-0004 |
| 517724373 | *+ | AMCA, 4 Westchester Place Suite 110, Elmsford, NY 10523-1615 |
| 517724380 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 517724385 | *+ | Discover, PO BOx 71084, Charlotte, NC 28272-1084 |
| 517724400 | ##+ | Sunrun, 1515 Araphoe Street, Tower 2, suite 600, Denver, CO 80202-3105 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor David Buenano-Suarez cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Joint Debtor Luisa Santos-Buenano cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Bank Lease Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor VW Credit Leasing  Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Melissa N. Licker | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor HomeBridge Financial Services  Inc. nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10