# JAMES J. CERBONE, ESQ., P.C.
## ATTORNEY AT LAW

**JAMES J. CERBONE**
LL.M. IN TRIAL ADVOCACY
MEMBER N.J. & N.Y. BAR

**TAMMY M WHITE**
Member NJ Bar

**BOARD CERTIFIED**
**BUS.BANKRUPTCY LAW**
AMERICAN BOARD OF CERTIFICATION

**MEMBER: AMERICAN**
**BANKRUPTCY INSTITUTE**

2430 Route 34
Building B, Suite 22
Wall, NJ 08736

PHONE: 732-681-6800
FAX: 732-681-7787

**PLEASE REPLY TO**
**WALL OFFICE**

E-MAIL:
CerboneLawFirm@aol.com

March 14, 2023

Honorable Christine M Gravelle
402 East State Street
Trenton, NJ 08650

    **RE:**    David Buenano & Luisa Santos
              18-27154/CMG

Dear Honorable Michael B Kaplan:

Please withdraw the modified plan, docket number 78, for the above debtor. Should you have any questions, please contact our office at the number above.

Very truly yours

/s/James J Cerbone
James J Cerbone