# JAMES J. CERBONE, ESQ., LLC.
## ATTORNEY AT LAW

JAMES J. CERBONE, ESQ.
LL.M. IN TRIAL ADVOCACY
MEMBER N.J. & N.Y. BAR

BOARD CERTIFIED
BUS. BANKRUPTCY LAW
AMERICAN BOARD OF CERTIFICATION

MEMBER: AMERICAN
BANKRUPTCY INSTITUTE

2430 HIGHWAY 34
BUILDING B, SUITE 22
WALL, NEW JERSEY 08736

WWW.CERBONELAWFIRM.COM
PHONE: 732-681-6800
FAX: 732-681-7787

TAMMY WHITE, ESQ.
MEMBER N.J. BAR
----
E-MAIL:
CerboneLawFirm@aol.com

July 20, 2023

Honorable Christine M. Gravelle
402 East State Street
Trenton, NJ  08650

**RE: David A Buenano-Suarez & Luisa Santos-Buenano
18-27154**

Dear Honorable Christine M. Gravelle:

Please withdraw #91 & #92 on the docket report in reference to the above named Debtor and Co-Debtor as it was filed incorrectly.

Sincerely,

JAMES J. CERBONE, ESQ.
JJC/cd