Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−27154−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David Buenano−Suarez　　　　　　　　　Luisa Santos−Buenano
501 Oak Street　　　　　　　　　　　　501 Oak Street
Lakehurst, NJ 08733　　　　　　　　　　Lakehurst, NJ 08733

Social Security No.:
   xxx−xx−5264　　　　　　　　　　　　xxx−xx−0333

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:　　8/16/23
Time:　　12:00 PM
Location:　Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
James J. Cerbone, Attorney for the debtors

COMMISSION OR FEES
$1187.50

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑　　will not reduce the amount to be paid to general unsecured
　　　creditors under the plan.

☐　　will reduce the amount to be paid to general unsecured
　　　creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 24, 2023
JAN:

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
David Buenano-Suarez  
Luisa Santos-Buenano  
    Debtors

Case No. 18-27154-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Jul 24, 2023     Form ID: 137     Total Noticed: 67

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Buenano-Suarez, Luisa Santos-Buenano, 501 Oak Street, Lakehurst, NJ 08733-2825 |
| aty | + | Julian T Cotton, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 517724376 | + | Bio Reference Laboratories, PO Box 26548, Salt Lake City, UT 84126-0548 |
| 517724388 | | Home Depot Loan Services, PO Box 71215, Charlotte, NC 28272-1215 |
| 517724389 | | Homebridge Financial Services, PO Box 100051, Lake in the Hills, GA 60156-9202 |
| 517724391 | | Immediate Care Medical Walk in Toms Rive, 1 Route 37 West, Toms River, NJ 08753-6500 |
| 517724395 | + | MyQHealth, 1405 Xenium Lane North, Suite 140, Minneapolis, MN 55441-4448 |
| 517724396 | | NJ Natural Gas, PO Box 11743, Newark, NJ 07101-4743 |
| 517759924 | + | New Jersey Natural Gas, 1415 Wykoff Rd - P.O. Box 1378, Wall, NJ 07719-1378 |
| 517724399 | | Quest Diagnostics, PO Box 7308, Hollister, MO 65673-7308 |
| 517724400 | + | Sunrun, 1515 Araphoe Street, Tower 2, suite 600, Denver, CO 80202-3105 |
| 517724402 | + | The Doctors Office of LLC, 484 Temple Hill Road Suite 104, New Windsor, NY 12553-5529 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 24 2023 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 24 2023 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Jul 24 2023 20:21:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517724372 | + | Email/Text: bkrpt@retrievalmasters.com | Jul 24 2023 20:21:00 | AMCA, 4 Westchester Place Suite 110, Elmsford, NY 10523-1615 |
| 517752540 | | Email/Text: ally@ebn.phinsolutions.com | Jul 24 2023 20:20:00 | Ally Bank Lease Trust, PO Box 130424, Roseville, MN 55113-0004 |
| 517724371 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 24 2023 20:20:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 517724374 | + | Email/Text: bsimmons@amsher.com | Jul 24 2023 20:22:00 | Amsher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 517822543 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2023 20:18:44 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517724375 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 24 2023 20:21:00 | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517940486 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2023 20:31:53 | Best Buy Credit Services, PO box 790441, St. |

| Recipient ID | Flag | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Louis, MO 63179-0441 |
| 517724377 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2023 20:19:31 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517773345 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2023 20:42:11 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517855390 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2023 20:32:04 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517724379 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 24 2023 20:21:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 517940484 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 24 2023 20:21:00 | Comenity Bank, PO Box 659450, San Antonio, TX 78265-9450 |
| 517724381 | + | Email/Text: convergent@ebn.phinsolutions.com | Jul 24 2023 20:21:00 | Convergent Outsourcing, 10750 Hammerly Blvd #200, Houston, TX 77043-2317 |
| 517724382 | + | Email/Text: bankruptcy@credencerm.com | Jul 24 2023 20:22:52 | Credence Resource Management, 17000 Dallas Parkway #204, Dallas, TX 75248-1940 |
| 517724383 | | Email/Text: G06041@att.com | Jul 24 2023 20:21:00 | Direct TV, PO Box 11732, Newark, NJ 07101-4732 |
| 517940483 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2023 20:31:38 | Macys, PO Box 9001094, Louisville, KY 40290-1094 |
| 517855379 | | Email/Text: bnc-quantum@quantum3group.com | Jul 24 2023 20:21:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517841116 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 24 2023 20:31:36 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517724384 | + | Email/Text: mrdiscen@discover.com | Jul 24 2023 20:20:00 | Discover, PO BOx 71084, Charlotte, NC 28272-1084 |
| 517736487 | | Email/Text: mrdiscen@discover.com | Jul 24 2023 20:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517724386 | | Email/Text: bknotice@ercbpo.com | Jul 24 2023 20:21:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 517724387 | ^ | MEBN | Jul 24 2023 20:14:36 | Hayt, Hayt & Landau, PO Box 500, Eatontown, NJ 07724-0500 |
| 517855124 | + | Email/Text: Bankruptcy@homebridge.com | Jul 24 2023 20:22:00 | HomeBridge Financial Services, Inc., 112 Town Park Drive, Suite 300, Kennesaw, GA 30144-3754 |
| 517724390 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 24 2023 20:21:00 | I.C. Systems, 444 Highway 96, Saint Paul, MN 55127-2557 |
| 517724392 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 24 2023 20:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517724378 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 24 2023 20:32:00 | Chase, Mail Code OH1-1272, 340 S Cleveland Avenue Bldg 370, Westerville, OH 43081 |
| 517724393 | | Email/Text: govtaudits@labcorp.com | Jul 24 2023 20:21:00 | Laboratory Corporation, PO Box 2240, Burlington, NC 27216-2240 |
| 518578770 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2023 20:31:55 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518578769 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2023 20:31:36 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517724394 | ^ | MEBN | Jul 24 2023 20:14:38 | Maury Cobb, 301 Beacon Parkway Est Suite 100, Birmingham, AL 35209-3103 |
| 517816299 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 24 2023 20:21:00 | Midland Funding LLC, PO Box 2011, Warren, MI |

Case 18-27154-CMG   Doc 102   Filed 07/26/23   Entered 07/27/23 00:18:59   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 24, 2023 | Form ID: 137 | Total Noticed: 67 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 48090-2011 |
| 517937840 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 24 2023 20:21:00 | New Penn Financial, LLC, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517885319 | | Email/Text: mtgbk@shellpointmtg.com | Jul 24 2023 20:21:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517885320 | | Email/Text: mtgbk@shellpointmtg.com | Jul 24 2023 20:21:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675, New Penn Financial, LLC d/b/a Shellpoint, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517855227 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 24 2023 20:20:27 | Portfolio Recovery Associates, LLC, C/O Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 517850328 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 24 2023 20:31:49 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 517850338 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 24 2023 20:32:05 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517854987 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 24 2023 20:31:46 | Portfolio Recovery Associates, LLC, c/o Zales, POB 41067, Norfolk VA 23541 |
| 517724398 | | Email/Text: signed.order@pfwattorneys.com | Jul 24 2023 20:20:00 | Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 517724397 | | Email/PDF: gecsedi@recoverycorp.com | Jul 24 2023 20:32:02 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 517836902 | | Email/Text: bnc-quantum@quantum3group.com | Jul 24 2023 20:21:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517796389 | | Email/Text: bnc-quantum@quantum3group.com | Jul 24 2023 20:21:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517853532 | + | Email/Text: bncmail@w-legal.com | Jul 24 2023 20:21:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518539762 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 24 2023 20:31:44 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517727493 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 24 2023 20:31:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517724401 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jul 24 2023 20:20:16 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 517743912 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 24 2023 20:31:38 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517828878 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Jul 24 2023 20:21:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517724403 | | Email/Text: VWBKNotices@nationalbankruptcy.com | Jul 24 2023 20:21:00 | Volkswagen Credit, PO Box 5215, Carol Stream, IL 60197-5215 |
| 517724404 | | Email/Text: vci.bkcy@vwcredit.com | Jul 24 2023 20:21:00 | Volkswagon Credit, PO Box 17497, Baltimore, MD 21297-1497 |
| 517796083 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 24 2023 20:32:01 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517940485 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 24 2023 20:31:57 | Wells Fargo Bank, NA, PO Box 71118, Charlotte, NC 28272-1118 |

TOTAL: 55

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 24, 2023 | Form ID: 137 | Total Noticed: 67 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517937841 |   | New Penn Financial, LLC, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, New Penn Financial, LLC, Shellpoint Mortgage Servicing |
| cr | * | Ally Bank Lease Trust, PO Box 130424, Roseville, MN 55113-0004 |
| 517724373 | *+ | AMCA, 4 Westchester Place Suite 110, Elmsford, NY 10523-1615 |
| 517724380 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 517724385 | *+ | Discover, PO BOx 71084, Charlotte, NC 28272-1084 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 26, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor David Buenano-Suarez cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Joint Debtor Luisa Santos-Buenano cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Bank Lease Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor VW Credit Leasing Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Melissa N. Licker | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor HomeBridge Financial Services Inc. nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10