Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–27154–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David Buenano–Suarez
501 Oak Street
Lakehurst, NJ 08733

Luisa Santos–Buenano
501 Oak Street
Lakehurst, NJ 08733

Social Security No.:
xxx–xx–5264

xxx–xx–0333

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 9/6/23 at 09:00 AM

to consider and act upon the following:

*103* – Creditor's Certification of Default (related document:71 Order on Motion For Relief From Stay) filed by Angela Catherine Pattison on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 08/24/2023. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Pattison, Angela)

Dated: 8/16/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court