| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | David Buenano–Suarez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5264<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Luisa Santos–Buenano<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0333<br>EIN  __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–27154–CMG | | |

## Order of Discharge                                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Buenano–Suarez                                      Luisa Santos–Buenano

2/29/24                                                                  **By the court:** Christine M. Gravelle
                                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-27154-CMG
David Buenano-Suarez  Chapter 13
Luisa Santos-Buenano
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 4
Date Rcvd: Feb 29, 2024 | Form ID: 3180W | Total Noticed: 67

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Buenano-Suarez, Luisa Santos-Buenano, 501 Oak Street, Lakehurst, NJ 08733-2825 |
| aty | + | Julian T Cotton, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 517724372 | + | AMCA, 4 Westchester Place Suite 110, Elmsford, NY 10523-1615 |
| 517724376 | + | Bio Reference Laboratories, PO Box 26548, Salt Lake City, UT 84126-0548 |
| 517724388 | | Home Depot Loan Services, PO Box 71215, Charlotte, NC 28272-1215 |
| 517724389 | | Homebridge Financial Services, PO Box 100051, Lake in the Hills, GA 60156-9202 |
| 517724391 | | Immediate Care Medical Walk in Toms Rive, 1 Route 37 West, Toms River, NJ 08753-6500 |
| 517724395 | + | MyQHealth, 1405 Xenium Lane North, Suite 140, Minneapolis, MN 55441-4448 |
| 517724396 | | NJ Natural Gas, PO Box 11743, Newark, NJ 07101-4743 |
| 517759924 | + | New Jersey Natural Gas, 1415 Wykoff Rd - P.O. Box 1378, Wall, NJ 07719-1378 |
| 517724399 | | Quest Diagnostics, PO Box 7308, Hollister, MO 65673-7308 |
| 517724400 | + | Sunrun, 1515 Araphoe Street, Tower 2, suite 600, Denver, CO 80202-3105 |
| 517727493 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517724402 | + | The Doctors Office of LLC, 484 Temple Hill Road Suite 104, New Windsor, NY 12553-5529 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 29 2024 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 29 2024 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Feb 29 2024 21:20:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517752540 | | EDI: GMACFS.COM | Mar 01 2024 01:57:00 | Ally Bank Lease Trust, PO Box 130424, Roseville, MN 55113-0004 |
| 517724371 | + | EDI: GMACFS.COM | Mar 01 2024 01:57:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 517724374 | + | EDI: AMSHER.COM | Mar 01 2024 01:57:00 | Amsher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 517822543 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 21:18:59 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517724375 | | EDI: TSYS2 | Mar 01 2024 01:57:00 | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517940486 | + | EDI: CITICORP | Mar 01 2024 01:57:00 | Best Buy Credit Services, PO box 790441, St. |

Case 18-27154-CMG    Doc 120    Filed 03/02/24    Entered 03/03/24 00:18:27    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 29, 2024 | Form ID: 3180W | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| | | | | Louis, MO 63179-0441 |
| 517724377 | + | EDI: CAPITALONE.COM | Mar 01 2024 01:57:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517773345 | | EDI: CAPITALONE.COM | Mar 01 2024 01:57:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517855390 | + | EDI: CITICORP | Mar 01 2024 01:57:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517724379 | | EDI: WFNNB.COM | Mar 01 2024 01:57:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 517940484 | | EDI: WFNNB.COM | Mar 01 2024 01:57:00 | Comenity Bank, PO Box 659450, San Antonio, TX 78265-9450 |
| 517724381 | + | EDI: CONVERGENT.COM | Mar 01 2024 01:57:00 | Convergent Outsourcing, 10750 Hammerly Blvd #200, Houston, TX 77043-2317 |
| 517724382 | + | Email/Text: bankruptcy@credencerm.com | Feb 29 2024 21:22:00 | Credence Resource Management, 17000 Dallas Parkway #204, Dallas, TX 75248-1940 |
| 517724383 | | EDI: DIRECTV.COM | Mar 01 2024 01:57:00 | Direct TV, PO Box 11732, Newark, NJ 07101-4732 |
| 517940483 | | EDI: CITICORP | Mar 01 2024 01:57:00 | Macys, PO Box 9001094, Louisville, KY 40290-1094 |
| 517855379 | | EDI: Q3G.COM | Mar 01 2024 01:57:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517841116 | + | EDI: AIS.COM | Mar 01 2024 01:57:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517724384 | + | EDI: DISCOVER | Mar 01 2024 01:57:00 | Discover, PO BOx 71084, Charlotte, NC 28272-1084 |
| 517736487 | | EDI: DISCOVER | Mar 01 2024 01:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517724386 | | Email/Text: bknotice@ercbpo.com | Feb 29 2024 21:22:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 517724387 | ^ | MEBN | Feb 29 2024 21:16:15 | Hayt, Hayt & Landau, PO Box 500, Eatontown, NJ 07724-0500 |
| 517855124 | + | Email/Text: compliance@homebridge.com | Feb 29 2024 21:22:28 | HomeBridge Financial Services, Inc., 112 Town Park Drive, Suite 300, Kennesaw, GA 30144-3754 |
| 517724390 | + | EDI: LCIICSYSTEM | Mar 01 2024 01:57:00 | I.C. Systems, 444 Highway 96, Saint Paul, MN 55127-2557 |
| 517724392 | | EDI: IRS.COM | Mar 01 2024 01:57:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517724378 | | EDI: JPMORGANCHASE | Mar 01 2024 01:57:00 | Chase, Mail Code OH1-1272, 340 S Cleveland Avenue Bldg 370, Westerville, OH 43081 |
| 517724393 | | Email/Text: govtaudits@labcorp.com | Feb 29 2024 21:21:00 | Laboratory Corporation, PO Box 2240, Burlington, NC 27216-2240 |
| 518578770 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 21:31:47 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518578769 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 21:31:43 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517724394 | ^ | MEBN | Feb 29 2024 21:16:25 | Maury Cobb, 301 Beacon Parkway Est Suite 100, Birmingham, AL 35209-3103 |
| 517816299 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 29 2024 21:22:00 | Midland Funding LLC, PO Box 2011, Warren, MI |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 29, 2024 | Form ID: 3180W | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| | | | | 48090-2011 |
| 517937840 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 29 2024 21:20:00 | New Penn Financial, LLC, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517885319 | | Email/Text: mtgbk@shellpointmtg.com | Feb 29 2024 21:20:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517885320 | | Email/Text: mtgbk@shellpointmtg.com | Feb 29 2024 21:20:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675, New Penn Financial, LLC d/b/a Shellpoint, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517855227 | | EDI: PRA.COM | Mar 01 2024 01:57:00 | Portfolio Recovery Associates, LLC, C/O Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 517850328 | | EDI: PRA.COM | Mar 01 2024 01:57:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 517850338 | | EDI: PRA.COM | Mar 01 2024 01:57:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517854987 | | EDI: PRA.COM | Mar 01 2024 01:57:00 | Portfolio Recovery Associates, LLC, c/o Zales, POB 41067, Norfolk VA 23541 |
| 517724398 | | Email/Text: signed.order@pfwattorneys.com | Feb 29 2024 21:20:00 | Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 517724397 | | EDI: SYNC | Mar 01 2024 01:57:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 517836902 | | EDI: Q3G.COM | Mar 01 2024 01:57:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517796389 | | EDI: Q3G.COM | Mar 01 2024 01:57:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517853532 | + | Email/Text: bncmail@w-legal.com | Feb 29 2024 21:22:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518539762 | + | EDI: PRA.COM | Mar 01 2024 01:57:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517724401 | | EDI: AISTMBL.COM | Mar 01 2024 01:57:00 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 517743912 | + | EDI: AIS.COM | Mar 01 2024 01:57:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517828878 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Feb 29 2024 21:20:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517724403 | | Email/Text: VWBKNotices@nationalbankruptcy.com | Feb 29 2024 21:20:00 | Volkswagen Credit, PO Box 5215, Carol Stream, IL 60197-5215 |
| 517724404 | | Email/Text: vci.bkcy@vwcredit.com | Feb 29 2024 21:22:00 | Volkswagon Credit, PO Box 17497, Baltimore, MD 21297-1497 |
| 517796083 | | EDI: WFFC2 | Mar 01 2024 01:57:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517940485 | | EDI: WFFC2 | Mar 01 2024 01:57:00 | Wells Fargo Bank, NA, PO Box 71118, Charlotte, NC 28272-1118 |

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517937841 | | New Penn Financial, LLC, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, New Penn Financial, LLC, Shellpoint Mortgage Servicing |
| cr | * | Ally Bank Lease Trust, PO Box 130424, Roseville, MN 55113-0004 |
| 517724373 | *+ | AMCA, 4 Westchester Place Suite 110, Elmsford, NY 10523-1615 |
| 517724380 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 517724385 | *+ | Discover, PO BOx 71084, Charlotte, NC 28272-1084 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Angela Catherine Pattison | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing apattison@hillwallack.com apattison@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor David Buenano-Suarez cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Joint Debtor Luisa Santos-Buenano cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Bank Lease Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor VW Credit Leasing Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Melissa N. Licker | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor HomeBridge Financial Services Inc. nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11